IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:22-CR-00289 SAB |
| ) Plaintiff, ) | |
| ) | ORDER TO UNSEAL VIOLATION PETITION |
| v. ) | |
| ) | |
| ROBERT EARL GLASPER III, ) | |
| ) Defendant. ) | |

The Petition for Warrant or Summons for Person Under Supervision in this case having been sealed by order of this Court on November 4, 2022 and it appearing that such Petition no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the Petition be unsealed and made public record.

IT IS SO ORDERED.

Dated:  **December 20, 2022**

UNITED STATES MAGISTRATE JUDGE